of the trial court that the transfer was made while the defendant corporation was insolvent and that the transfer constituted a preference of one creditor to the exclusion of others was amply sustained by the evidence. Assuming that the findings that the advances by the individual defendant to the corporation are equally well sustained, the evidence, nevertheless, establishes that the grantee as well as the grantor had notice that the transfer effected a preference to the detriment of other creditors and, therefore, was invalid under section 15 of the Stock Corporation Law. At common law a transfer which effected a preference was valid even though the consideration be a pre-existing indebtedness (*Lehrenkrauss* v. *Bonnell*, 199 N. Y. 240, 244), but that rule only obtains " in the absence of any statute to the contrary." Section 15 prohibits a transfer which effects a preference where the grantee has knowledge of such an effect and where the grantor is a corporation. The defendants have no standing to assert rights on behalf of third parties or other creditors. They had adequate opportunity on the trial to adduce every pertinent item of evidence to sustain the transaction attacked. In view, however, of the claim that relevant evidence may be available to meet the effect of section 15 of the Stock Corporation Law, a new trial is granted to afford that opportunity or to adjust the matter in view of the provisions of that statute. For the purposes of the new trial the findings of fact and conclusions of law are reversed. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

WILLIAM M. DENMAN, as Trustee in Bankruptcy of LOUIS FINKELSTEIN, Bankrupt, Appellant, v. ESTHER G. FINKELSTEIN and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

DAPHNE GILL GIBBS, Appellant, v. ANGELA SECCHIA, Also Known as ANGELA VIOLETTO, and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JOHN M. COLEMAN, an Attorney and Counselor at Law.— Motion to amend the petition by adding further charges thereto granted, and said further charges referred to Honorable Isaac M. Kapper, official referee, to hear and to report with his opinion. [See 255 App. Div. 780.] Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of STANDARD OIL COMPANY OF NEW YORK, Respondent, for a Writ of Certiorari to HENRY M. GOLDFOGLE and Others, Commissioners of Taxes and Assessments of The City of New York, Appellants. (Taxes for Years 1926, 1927, 1928, 1929, 1930 and 1931.)■ In the Matter of the Application of SOCONY-VACUUM CORPORATION, Respondent, for a Writ of Certiorari to JAMES J. SEXTON and Others, Commissioners of Taxes and Assessments of The City of New York, Appellants. (Taxes for Years 1932 and 1933.) In the Matter of the Application of SOCONY-VACUUM OIL COMPANY, INCORPORATED, Respondent, for a Writ of Certiorari to WILLIAM STANLEY MILLER and Others, Commissioners

of Taxes and Assessments of The City of New York, Appellants. (Taxes for Years 1934 and 1935.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See 255 App. Div. 1022, 1023.] Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

Louis A. Kissling and Others, etc., Respondents, Appellants, v. David Skolkin and Others, Defendants; Milton H. Hall, Respondent; The Willson & Adams Company and The Mount Vernon Trust Company, Appellants, Respondents. (Appeals Nos. 1, 2 and 3.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. The foregoing decision is without prejudice to the right of appellant The Willson & Adams Company to move at Special Term to open its default and serve an amended answer setting forth its special defenses, if so advised. Present — Lazansky, P. J., Hagarty, Johnston and Adel, JJ.; Taylor, J., not voting.

Michel Cosmetics, Inc., Respondent, v. Aristides G. Tsirkas and Others, Appellants.— Motion for reargument denied, without· costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

The People of the State of New York ex rel. House of Reeve, Inc., Relator, Respondent, v. Henry M. Goldfogle and Others, Commissioners of Taxes and Assessments of the City of New York, etc., Appellants; The Brevoort Savings Bank of Brooklyn, Intervener, Respondent. (Taxes for Year 1928.) The People of the State of New York ex rel. House of Reeve, Inc., Relator, Respondent, v. Thomas Kenney and Others, Commissioners of Taxes and Assessments of the City of New York, etc., Appellants; The Brevoort Savings Bank of Brooklyn, Intervener, Respondent. (Taxes for Years 1929 and 1930.) The People of the State of New York ex rel. House of Reeve, Inc., Relator, Respondent, v. James J. Sexton and Others, Commissioners of Taxes and Assessments of the City of New York, etc., Appellants; The Brevoort Savings Bank of Brooklyn, Intervener, Respondent. (Taxes for Years 1931, 1932 and 1933.) The People of the State of New York ex rel. House of Reeve, Inc., Relator, Respondent, v. William Stanley Miller and Others, Commissioners of Taxes and Assessments of the City of New York, etc., Appellants; The Brevoort Savings Bank of Brooklyn, Intervener, Respondent. (Taxes for Years 1934 and 1935.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

Morris Schwebel, Respondent, v. 1719 67th Street Corporation, Appellant, and Others, Defendants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

Gertrude Thiel and Another, Respondents, v. The City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

United Lien Corporation, Respondent, v. Bertha Sommer and Another, Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

Stella Bitterman, Respondent, v. Harry M. Bitterman, Appellant.— Order directing defendant to pay the plaintiff the sum of $750 for counsel fees